UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| In re: | Case No. 02-50055-INH |
| GLASS, EMILI ALLISON<br>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 | Chapter 7 |
| GLASS, MARCOS RAFAEL<br>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 | STATEMENT OF CONCLUSION<br>OF §341 MEETING |
| Debtor(s). | |

    Pursuant to Local Bankruptcy Rule 2003-1, the §341 Meeting of Creditors in the above-captioned Chapter 7 case, scheduled for 03/07/02, has been CONCLUDED, the Debtor(s) appearing pursuant to 11 U.S.C. §343.

Dated: March 8, 2002

Dennis C. Whetzal
Chapter 7 Trustee
909 Saint Joseph Street #607
PO Box 8285
Rapid City, SD  57709-8285
(605) 343-9671 -- Office
(605) 348-2442 -- Fax

RECEIVED/FILED

MAR 11  7 42 AM '02

CLERK
U.S. BANKRUPTCY COURT
DIST. OF SOUTH DAKOTA