UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA
Western Division

In re:                                  )        Bankr. No. 02-50055
                                        )        Chapter 7
Emili Allison Glass,                    )
SSN 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,                        )
                                        )
                                        )        DEBTORS' MOTION TO CONVERT
and                                     )        CASE TO CHAPTER 13
                                        )
Marcos Rafael Glass Jr.,                )
SSN 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,                        )
                                        )
       Debtors                          )

The Debtors, pursuant to 11 U.S.C. Sec. 706(a), hereby elect to convert the above-captioned chapter 7 case to a case under chapter 13 of the Bankruptcy Code. The Debtors are entitled to convert their case because:

1. This case, filed on February 5, 2002, has not been previously converted under sections 1112 or 1307 of the Bankruptcy Code.

2. The Debtors are eligible to be debtors under Chapter 13 of the Bankruptcy Code.

WHEREFORE, the Debtors pray for relief under chapter 13 of the Bankruptcy Code.

Dated this _____9th_____ day of April, 2002.

_____              _____
Emili A. Glass                         Marcos R. Glass Jr.

                                       _____
                                       Rose Cotton
                                       Attorney for Debtors
                                       1719 W. Main                    RECEIVED/FILED
                                       Rapid City, SD 57702
                                       (605) 394-5727                  APR 11  8 11 AM '02

                                                                       CLERK
                                                                       U.S. BANKRUPTCY COURT
                                                                       DIST. OF SOUTH DAKOTA