UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA
Western Division

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 02-50055 |
| | ) | Chapter 7 |
| Emili Allison Glass, | ) | |
| SSN 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, | ) | |
| | ) | ORDER CONVERTING |
| and | ) | CASE TO CHAPTER 13 |
| | ) | |
| Marcos Rafael Glass Jr., | ) | |
| SSN 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, | ) | |
| | ) | |
| Debtors | ) | |

The Debtors having brought a Motion to Convert the Debtors, pursuant to 11 U.S.C. Sec. 706(a), and thereby elect to convert the above-captioned chapter 7 case to a case under chapter 13 of the Bankruptcy Code; the Court having considered all of the information and files and records before the Court, now, therefore, the Court finds that:

1. This case, filed on February 5, 2002, has not been previously converted under sections 1112 or 1307 of the Bankruptcy Code.

2. The Debtors are eligible to be debtors under chapter 13 of the Bankruptcy Code.

Upon the foregoing findings, it is hereby:

ORDERED that the Debtors case under chapter 7 shall be converted to chapter 13 of the Bankruptcy Code.

Dated this _____11_____ day of April, 2002.

BY THE COURT:

_____
Honorable Irvin N. Hoyt
Bankruptcy Judge

Charles L. Nail Jr.,
Clerk of Bankruptcy Court

**NOTICE OF ENTRY**
Under F.R.Bankr.P. 9022(a)
Entered

APR 11 2002

Charles L. Nail, Jr., Clerk
U.S. Bankruptcy Court
District of South Dakota

I hereby certify that a copy of this document was electronically transmitted, mailed, hand delivered or faxed this date to the parties on the attached service list.

APR 11 2002

Charles L. Nail, Jr., Clerk
U.S. Bankruptcy Court, District of South Dakota
By_____

Rosemary E. Cotton
1719 W. Main
Rapid City, SD 57702


Bruce J. Gering
Office of the U.S. Trustee
230 S Phillips Ave, Suite 502
Sioux Falls, SD 57104-6321


Emili Allison Glass
2617 Castle Heights Place
Rapid City, SD 57701


Marcos Rafael Glass Jr.
2617 Castle Heights Place
Rapid City, SD 57701


Dennis C. Whetzal
Trustee
PO Box 8285
Rapid City, SD 57709


Dale A. Wein
PO Box 1329
Aberdeen, SD 57402-1329