UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA
Western Division

In re:  )  Bankr. Case No. 02-50055
 )  Chapter 13
Emili Allison Glass,  )
Soc. Sec. No. 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,  )  CHAPTER 13 PLAN
 )  DATED APRIL 17, 2002
Marcos Rafael Glass Jr.,  )
Soc. Sec. No. 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,  )
 Debtors.  )

1. **Payments by Debtors to Trustee:** Debtors will pay the Trustee $365.00 per month for 36 months (the "plan term"), for a total of $13,140.00. Debtors will make the first payment on June 5, 2002, and the last payment on May 5, 2005.

1. **Payments by Trustee to Creditors:** After deducting his 10% fee, the Trustee will make the following payments, beginning the first month following confirmation of this plan (month "1"):

a. Priority Claims dealt with in the plan:

| Creditor | Claim | Interest | Payment | Months | Total |
|---|---|---|---|---|---|
| Debtor's attorney fees | $ 876.86 | 0 | $328.50 | 2 | |
| | | | $219.86 | 1 | $876.86 |

b. Priority claims dealt with outside of the plan: None

c. Secured Claims in Default: None

d. Other Secured Claims Dealt with in the plan: None

e. **Unsecured Claims:** After making the payments to priority and secured creditors described above, the Trustee will distribute the balance of the payments made by the Debtor to the holders of timely-filed unsecured claims. If all unsecured creditors known to Debtor file proofs of claim, each unsecured creditor will be paid approximately 52% of its claim. Such amounts shall be paid pro rata through the Chapter 13 Trustee's Office.

3. **Other Provisions:**

a. The claim of Key Bank USA, which is secured by the debtors' 1997 Nissan Pickup shall be paid outside the plan.

1

b. Insurance to protect the liens of creditors holding secured claims will be paid outside the plan.

c. The Priority claims, if any, shall be paid as soon as funds are available therefor.

d. Property of the estate will vest in the debtor at the time of confirmation of the plan, unless otherwise stated in the order confirming the plan.

4. **Disposable Income:** All of the debtor's disposable income to be received in the three-year period beginning on June 5, 2002, will be applied to make payments under this plan.

5. **Attachments:** Attached hereto and incorporated herein by reference is a liquidation analysis that demonstrates that creditors will receive as much or more than they would if Debtor's non-exempt assets were liquidated in a chapter 7 bankruptcy.

Dated this 17 day of April, 2002.

_____
Emili A. Glass

_____
Marcos R. Glass Jr.

_____
Rose Cotton
Attorney for Debtors
1719 W. Main
Rapid City, SD 57702
(605) 394-5727

2

LIQUIDATION ANALYSIS
FOR
Emili Allison Glass and Marcos Rafael Glass Jr.
CHAPTER 13
CASE #02-50055

|  | Market Value | Claim Secured | Exempt Amount | Non-exempt Amount (not subject to any lien) |
|---|---|---|---|---|
| **Real Property:** | | | | |
| None | | | | |
| **Vehicles:** | | | | |
| 1994 Hyundai Elantra | $1,300.00 | | $1,300.00 | |
| 1997 Nissan Pickup | $7,000.00 | $7,700.00 | | |
| **401K and Retirement Accounts:** | | | | |
| South Dakota Retirement | $18,012.00 | | $18,012.00 | |
| Interest in Life Insur. Policy | $1,100.00 | | $1,100.00 | |
| **Other Personal Property:** | | | | |
| Bank accounts | $ 35.00 | | $ 35.00 | |
| Clothing & wedding rings | $ 500.00 | | $ 35.00 | |
| Jewelry | $ 75.00 | | $ 75.00 | |
| Photo/sports | $ 225.00 | | $ 225.00 | |
| Household Goods | $2,374.00 | | $2,374.00 | |
| Tax Refund | $2,500.00 | | $2,500.00 | |
| Tools | $ 30.00 | | $ 30.00 | |
| Other | $ 70.00 | | $ 70.00 | |
| TOTALS | $33,221.00 | $7,700.00 | $25,521.00 | |

The Chapter 13 Plan dated April ___17___, 2002, will pay more to the unsecured creditors than they would receive in a chapter 7 bankruptcy filing.