UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA
Western Division

| | | |
|---|---|---|
| In re: | ) | Bankr. Case No. 02-50055 |
| | ) | Chapter 13 |
| Emili Allison Glass, | ) | |
| Soc. Sec. No. 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, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| Marcos Rafael Glass Jr., | ) | |
| Soc. Sec. No. 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, | ) | |
| Debtors. | ) | |

The undersigned hereby certifies that she served a true and correct copy of the Chapter 13 Plan Dated April 17, 2002 and Liquidation Analysis upon the persons herein next designated, and the attached Exhibit "A," on the date shown below, by depositing a copy thereof in the United States mail at Rapid City, South Dakota, postage prepaid, in an envelope addressed to:

Bruce Gering
230 S. Phillips Ave. Suite 502
Sioux Falls, SD 57104

Dale Wein
P.O. Box 1329
Aberdeen, SD 57402-1329

Dated this 19 day of April, 2002.

Rose Cotton
Attorney for Debtors
1719 W. Main
Rapid City, SD 57702
(605) 394-5727

RECEIVED/FILED
APR 22  8 14 AM '02
CLERK
U.S. BANKRUPTCY COURT

```
Allied Interstate
3111 S Dixie Hwy Suite 101
West Palm Beach, FL  33405


Bank Card Services
PO Box 5222
Carol Stream, IL  60197-5222


Capital One
P.O. Box 60000
Seattle, WA  98190-6000


Central Financial Control
Northridge Medical Center
PO Box 14059
Orange, CA  92613


City Of Rapid City
300 6th St.
Rapid City, SD  57701


Conseco Finance
Department 0008
Palatine, IL  60055-0008


Conseco Finance
500 Landmark Towers
345 St Peters St.
St Paul, MN  55102-1641


Discover Card Services
PO Box 30395
Salt Lake City, UT  84130-0395
```

Dr. Eccarius
2001 7th Street
Rapid City, SD  57701


First National Bank Of Omaha
PO Box 2951
Omaha, NE  68103-2951


First USA Bank
P.O. Box 94014
Palatine, IL  60094-4014


Gateway Credit Card
PO Box 9025
Des Moines, IA  50368-9025


Groiler Books
PO Box 1757
Danbury, CT  06816-1757


Key Bank USA
PO Box 947722
Cleveland, OH  44101-4722


Mobile Home Finders
3302 S. Hwy 79
Rapid City, SD  57701


Nissan Motor Corporation
PO Box 660360
Dallas, TX  75266-0360


Rapid City Medical Center
2820 Mt Rushmore Road
P.O. Box 6020
Rapid City, SD  57709

Richland Mobile Home Park
3855 S Hwy 79 Lot #
Rapid City, SD  57701


Student Loan Finance Corp.
105 1st Avenue, SW
Aberdeen, SD  57401


Verizon Wireless
Customer Service Department
PO Box 96082
Bellevue, WA  98009-9682


Ward Properties
3941 Forest Park Circle
Rapid City, SD  57702


Wells Fargo Bank
Operations Office
P.O. Box 5128
Sioux Falls, SD  57117-5128


Wells Fargo Card Services
PO Box 911
Des Moines, IA  50330-0001


Wells Fargo Education
Financial Services
P.O. Box 5185
Sioux Falls, SD  57117-5185