RECEIVED/FILED
APR 22  8 14 AM '02
CLERK
U.S. BANKRUPTCY COURT
DIST OF SOUTH DAKOTA

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA
Western Division

In re:                )

                  )

Emili Allison Glass,     )

Soc. Sec. No. 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,   )

                  )

Marcos Rafael Glass Jr.,   )

Soc. Sec. No. 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,   )

           Debtors.   )

Bankr. Case No. 02-50055
Chapter 13

RULE 2016A APPLICATION FOR
COMPENSATION REIMBURSEMENT

     Rose Cotton, attorney for Debtors, seeks approval of additional compensation for services and reimbursement of necessary expenses incurred during the period of time from March 27, 2002 through April 18, 2002.

     1. Attached as Exhibit "A" is a detailed statement of services rendered and expenses incurred from March 27, 2002 through April 18, 2002. Court approval is being requested for an additional $633.06 for fees and costs incurred from March 27, 2002 through April 18, 2002. The undersigned counsel anticipates expending 2 hours from April 19, 2002 through May 2005. Court approval is being requested for an additional $243.80 for fees and sales tax for these 2 hours, for a total additional amount requested of $876.86.

     2. A payment of $800.00 has been received by the undersigned attorney, and credited to fees, sales tax, and costs previously incurred by the debtors, and the $200.00 filing fee paid to the court.

     3. The source of the previous compensation paid by the Debtors was the Debtors' earnings.

4. None of the compensation previously received has been shared.

5. No agreement or understanding exists between the applicant and any other person sharing the compensation.

WHEREFORE, applicant requests the Court approve applicant's fees, costs, and sales tax in the amount of $1,676.86; $800.00 of which has already been paid to Rose Cotton for fees, sales tax, costs, and filing fee, and an additional $876.86 to be paid in accordance with the Debtors Chapter 13 Plan, with this Court's approval.

Dated this _10 th_ day of April.

Rose Cotton
Attorney for Debtors
1719 W. Main
Rapid City, SD 57702
(605) 394-5727

COTTON LAW OFFICE
1719 W. Main
Rapid City, SD 57702

Emili & Marcos Glass
2617 Castle Heights Place
Rapid City, SD 57701

Current Charges for Services Rendered:                          Minutes

| | | |
|---|---|---|
| 3/27/02 | Phone call with clients | 25 |
| 4/8/02 | Review all of debtors paystubs and info. from daycare, make calculations, Draft Amendment to Schedules I & J, Motion to Convert, Order to Convert, letter to Bruce Gering, letter to clerk. | 130 |
| 4/9/02 | Meeting with clients | 60 |
| 4/17/02 | Draft Chapter 13 Plan and Liquidation Analysis & make calculations | 60 |
| 4/18/02 | Clients in to sign documents | 10 |

TOTAL AMOUNT FOR CURRENT SERVICES                    **$546.25**

Other Charges

| | |
|---|---|
| Copies | $38.40 |
| Postage | $15.64 |
| Tax | $32.77 |

**CURRENT CHARGES**                                           **$633.06**

**BALANCE DUE**                                               **$633.06**