MARCOS R GLASS
SS#: 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 01
Bankruptcy # 02-50055


For a valuable consideration, the receipt of which is hereby acknowledged, the undersigned does hereby assign, transfer, and set over to Education Assistance Corporation its claim of $6,154.04 as filed herein against the above named debtor.


WAIVER

The undersigned specifically waives further notice to any matters in connection with the above and foregoing claim and requests the Court to make an order subrogating the above assignee to the rights of the undersigned herein. It is further requested that any check respecting this claim be made payable to Education Assistance Corporation and mailed or delivered to Education Assistance Corporation, 115 First Avenue S.W., Aberdeen, SD 57401.

Student Loan Finance Corporation
105 First Avenue Southwest
Aberdeen, SD  57401

Anne M. Morman
Assistant Vice President Loan Servicing
1-800-645-1615
annem@slfc.com


DATED THIS 23 DAY OF April, 2002


State of South Dakota)
                     ) ss
County of Brown      )

Subscribed and Sworn to Before Me
THIS 23rd DAY OF April,
20 02.

Joyce L. Krause
Notary Public

My commission expires 8/13/07.

RECEIVED/FILED

APR 24  8 39 AM '02

WA-1