# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF South Dakota

In Re: <u>Marcos R. Glass</u> SSN#: <u>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</u> Case #: <u>02-50055</u>

## ASSIGNMENT

For valuable consideration, the receipt of which is hereby acknowledged, the undersigned does hereby assign, transfer and set over to
<u>EAC</u>
(Guarantor) its claim of $<u>5930.07</u> as filed herein against the above named debtor.

The undersigned specifically waives further notice of any matters in connection with the above and foregoing claims and requests the court to order the subrogation of the above assignee to the rights of the undersigned in said claim. It is further requested that any dividend check respecting this claim be made payable to <u>EAC</u>
(Guarantor), and be mailed or delivered to:

<u>EAC</u>
<u>115 1st Ave. SW</u>
<u>Aberdeen, SD  57401</u>

Creditor: <u>Wells Fargo Education Financial Services, a division of Wells Fargo Bank South Dakota, N.A.</u>

Signed: <u>Micki Stevens</u>

Signature _____ Date: 4/23/02

Subscribed and sworn to before me this 23rd day of April, 2002.

_____
Notary of Public

10-5-2003

## ORDER

At _____, this _____ day of _____, _____, with respect to the foregoing, the court finds that the instant claim has been unconditionally transferred, and it is hereby ordered that the transferee is substituted for the original claimant for all purposes with respect to the original claim filed herein, designated as Claim No. _____, in the amount of $ _____.

_____     _____
Date                Judge

RECEIVED/FILED

APR 25  8 04 AM '02



CLERK
U.S. BANKRUPTCY COURT
DIST OF SOUTH DAKOTA

C&C-1126 (08-01)