UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 02-50055 |
| | ) | Chapter 7 |
| EMILI ALLISON GLASS | ) | |
| SS #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 | ) | ORDER GRANTING RELIEF FROM |
| MARCOS RAFAEL GLASS, JR. | ) | AUTOMATIC STAY AND ORDER |
| SS #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 | ) | FOR ABANDONMENT |
| | ) | |
| Debtors. | ) | |

The above-entitled matter having come before the Court upon the motion of Conseco Finance Servicing Corp., successor to GreenTree Financial Servicing Corp., requesting relief from the automatic stay and abandonment, and it appearing to the Court that the Notice of Motion for Relief and Abandonment was given in the manner required by law, as shown by the Certificate of Service on file herein, and said Notice did require a response to be filed with a Certificate of Service by May 30, 2002, and there being no timely responses to the Motion for Relief and Abandonment, and it appearing that the matter should be treated as uncontested, and it appearing that Conseco Finance Servicing Corp. is a properly perfected secured creditor and is entitled to relief from the automatic stay as prayed, and that there is no equity in the secured collateral, which is one of inconsequential value or burdensome to the Bankruptcy Estate and should be abandoned by the Trustee, now, therefore, it is hereby

ORDERED that Conseco Finance Servicing Corp., Movant herein, shall have relief from the automatic stay to pursue its non-bankruptcy remedies, including foreclosure, concerning:

**One (1) 1993 Shar-Lo Clifton Mobile Home, 14'x70'**
**Serial Number: 9045**

IT IS FURTHER ORDERED that the Trustee's interest in the above-mentioned

secured property is hereby ordered abandoned by the Trustee and entry of this Order shall constitute notice that the Trustee has abandoned the property incompliance with this Order.

Dated this 3r͡c day of May, 2002.

BY THE COURT:

Honorable Irvin N. Hoyt
Chief Bankrtupcy Judge

ATTEST:
Charles L. Nail, Jr., Clerk
United States Bankruptcy Court

NOTICE OF ENTRY
Under F.R.Bankr.P. 9022(a)
Entered

MAY 3 1 2002

Charles L. Nail, Jr., Clerk
U.S. Bankruptcy Court
District of South Dakota

I hereby certify that a copy of this document was electronically transmitted, mailed, hand delivered or faxed this date to the parties on the attached service list.

MAY 3 1 2002

Charles L. Nail, Jr., Clerk
U.S. Bankruptcy Court, District of South Dakota
By_____

Rosemary E. Cotton
1719 W. Main
Rapid City, SD 57702


Bruce J. Gering
Office of the U.S. Trustee
230 S Phillips Ave, Suite 502
Sioux Falls, SD 57104-6321


Emili Allison Glass
2617 Castle Heights Place
Rapid City, SD 57701


Marcos Rafael Glass Jr.
2617 Castle Heights Place
Rapid City, SD 57701


Robert M. Nash
PO Box 1552
Rapid City, SD 57709


Dale A. Wein
Bankruptcy Trustee
PO Box 1329
Aberdeen, SD 57402-1329