UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA
Western Division

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 02-50055 |
| | ) | |
| EMILI ALLISON GLASS | ) | Chapter 13 |
| a/k/a Emili A. Ellwein | ) | |
| f/k/a Emili A. Ellwein-Glass | ) | |
| Soc. Sec. No. 504 13 6558 | ) | |
| | ) | ORDER APPROVING |
| and | ) | FEE APPLICATION BY |
| | ) | DEBTORS' ATTORNEY |
| MARCOS RAFAEL GLASS, JR. | ) | |
| Soc. Sec. No. 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 | ) | |
| | ) | |
| Debtors. | ) | |

   Upon consideration of the Application for Compensation [and] Reimbursement filed by Rose Cotton, Debtors' attorney, on April 22, 2002, and it appearing that no timely objection thereto has been filed after appropriate notice; therefore,

   IT IS HEREBY ORDERED that compensation of services and reimbursement of expenses, including sale tax, totaling $1,676.86 for Attorney Rose Cotton are approved.  Of that sum, $800 has already been received on retainer by Attorney Cotton.  The balance of $876.86 shall be paid pursuant to Debtors' confirmed plan.

   So ordered this ___13___ day of June, 2002.

                              BY THE COURT:


                              Irvin N. Hoyt
                              Bankruptcy Judge

ATTEST:
Charles L. Nail, Jr., Clerk

By: _____
              Deputy Clerk
(SEAL)

NOTICE OF ENTRY
Under F.R.Bankr.P. 9022(a)
Entered

JUN 13 2002

Charles L. Nail, Jr., Clerk
U.S. Bankruptcy Court
District of South Dakota

I hereby certify that a copy of this document was electronically transmitted, mailed, hand delivered or faxed this date to the parties on the attached service list.

JUN 1 3 2002

Charles L. Nail, Jr., Clerk
U.S. Bankruptcy Court, District of South Dakota
By_____

Rosemary E. Cotton
1719 W. Main
Rapid City, SD 57702


Bruce J. Gering
Office of the U.S. Trustee
230 S Phillips Ave, Suite 502
Sioux Falls, SD 57104-6321


Emili Allison Glass
2617 Castle Heights Place
Rapid City, SD 57701


Marcos Rafael Glass Jr.
2617 Castle Heights Place
Rapid City, SD 57701


Dale A. Wein
Bankruptcy Trustee
PO Box 1329
Aberdeen, SD 57402-1329