# U.S. Bankruptcy Court

### District of South Dakota

## Hearing Minutes

**Date:**   07/23/2002                **Time:**   11:02 a.m.                **Court Site:**   *RAPID CITY*

**CASE TITLE:**   **EMILI A. & MARCOS R. GLASS, JR.**
**Case No.:**   02-50055                                              **Chapter:**  13
**Debtor's Attorney:**     Rose Cotton                                **Trustee:**   Dale A. Wein

**PROCEEDING: Confirmation of Debtors' Plan dated April 17, 2002**

**Filed By:** Debtors                                                 **On:**   04/22/2002
**Attorney:**   Rose Cotton
**LDO:**   07/18/2002              **Document No:**   11               **Proceeding No:**  1

**RESPONSES:**   Objecton filed 06/06/2002 by Trustee

**Appearances:**   Trustee Dale A. Wein (telephonic)

**DISPOSITION:**   **Objections were resolved as provided on the record. Resolution will be set forth in a Plan as Confirmed.**

**Order By:**  Attorney Cotton          **Order Due:**   08/05/2002          **LBR 9072-1:**

**Notes:**

Copy of Hearing Minutes electronically transmitted, mailed, hand
delivered, or faxed to interested parties as shown on the attached sheet.
Date:   0-2402

By:   _____
Deputy Clerk

**NOTICE OF ENTRY**
Under F.R.Bankr.P. 9022(a)
**Entered**

**JUL 2 3 2002**

Charles L. Nail, Jr., Clerk
U.S. Bankruptcy Court
District of South Dakota

Rosemary E. Cotton
1719 W. Main
Rapid City, SD 57702

Bruce J. Gering
Office of the U.S. Trustee
230 S Phillips Ave, Suite 502
Sioux Falls, SD 57104-6321

Emili Allison Glass
2617 Castle Heights Place
Rapid City, SD 57701

Marcos Rafael Glass Jr.
2617 Castle Heights Place
Rapid City, SD 57701

Robert M. Nash
PO Box 1552
Rapid City, SD 57709

Dale A. Wein
Bankruptcy Trustee
PO Box 1329
Aberdeen, SD 57402-1329