UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA
Western Division

In re:                                     )   Bankr. Case No. 02-50055
                                           )   Chapter 13
Emili Allison Glass,                       )
Soc. Sec. No. 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,                 )
                                           )
Marcos Rafael Glass Jr.,                   )   ORDER CONFIRMING PLAN
Soc. Sec. No. 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,                 )
              Debtors.                     )

    The matter before the Court is the confirmation of Debtor's Chapter 13 Plan dated April 17, 2002. A hearing was held on July 23, 2002. Appearances included Trustee Dale A. Wein. In recognition of and compliance with the findings and conclusions entered on the record,

    IT IS HEREBY ORDERED that Debtors' plan dated April 17, 2002 is confirmed, with the clarifications entered on the record and incorporated in the Plan as Confirmed filed simultaneously with this Order.

    IT IS HEREBY FURTHER ORDERED that Debtors shall make their first payment under the plan on June 5, 2002 and their last payment under the plan on May 5, 2005.

    IT IS HEREBY FURTHER ORDERED that all of Debtors' disposable income to be received in the three-year period beginning on June 5, 2002 shall be applied to make payments under their plan, as provided by 11 U.S.C. Sec. 1325(b).

    So ordered this 30 day of July, 2002.

I hereby certify that a copy of this document was electronically transmitted, mailed, hand delivered or faxed this date to the parties on the attached service list.

JUL 3 0 2002

Charles L. Nail, Jr., Clerk
U.S. Bankruptcy Court, District of South Dakota
By_____

ATTEST:
Charles L. Nail, Jr., Clerk
By: _____
Deputy Clerk

BY THE COURT:

_____
Irvin N. Hoyt
Bankruptcy Judge

NOTICE OF ENTRY
Under F.R.Bankr.P. 9022(a)
Entered

JUL 3 0 2002

Charles L. Nail, Jr., Clerk
U.S. Bankruptcy Court
District of South Dakota

Rosemary E. Cotton
1719 W. Main
Rapid City, SD 57702



Bruce J. Gering
Office of the U.S. Trustee
230 S Phillips Ave, Suite 502
Sioux Falls, SD 57104-6321



Emili Allison Glass
2617 Castle Heights Place
Rapid City, SD 57701



Marcos Rafael Glass Jr.
2617 Castle Heights Place
Rapid City, SD 57701



Robert M. Nash
PO Box 1552
Rapid City, SD 57709



Dale A. Wein
Bankruptcy Trustee
PO Box 1329
Aberdeen, SD 57402-1329