UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA
Western Division

| In re: | Bankruptcy Case No. 02 - 50055 |
|---|---|
| EMILI A. GLASS,<br>Soc. Sec. No. XXX-XX-6558 | Chapter 13 |
| and | **TRUSTEE'S REPORT OF SMALL<br>DIVIDENDS AND/OR UNCLAIMED<br>FUNDS FOR DEPOSIT INTO<br>REGISTRY FUND** |
| MARCOS R. GLASS,<br>Soc. Sec. No. XXX-XX-1406 | |
| Debtors. | |

    Pursuant to FRBP 3010 or 3011, as applicable, I submit the following
Report of Small Dividends and/or Unclaimed Funds for Deposit into Registry Fund
and remit my check, in the total amount shown below or on Exhibit A attached
hereto, for deposit into the United States Treasury pursuant to 28 U. S. C. § §
2014, *et seq.*:


Small Dividends


| Name and Address of Creditor | Claim No. | Claim Amount | Dividend |
|---|---|---|---|


Unclaimed Funds


| Name and Address of Creditor | Claim No. | Claim Amount | Dividend |
|---|---|---|---|
| CONSECO FINANCIAL<br>332 Minnesota Street, Ste. 520<br>St. Paul, Mn   55101 | #8 | $2,295.11 | $47.09 |


Dated this 28th day of January, 2004.

                    DALE A. WEIN
                    BANKRUPTCY TRUSTEE

                    */s/ Dale A. Wein*
                    Chapter 13 Bankruptcy Trustee
                    505 South Washington Street
                    Post Office Box 1329
                    Aberdeen, South Dakota 57402-1329
                    (605) 225-0100