UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA
Western Division

| | |
|---|---|
| In re:<br><br>EMILI A. GLASS,<br>Soc. Sec. No. XXX-XX-6558<br><br>and<br><br>MARCOS R. GLASS,<br>Soc. Sec. No. XXX-XX-1406<br><br>Debtors. | Bankruptcy Case No. 02 - 50055<br><br>Chapter 13<br><br>**TRUSTEE'S REPORT OF SMALL DIVIDENDS AND/OR UNCLAIMED FUNDS FOR DEPOSIT INTO REGISTRY FUND** |

Pursuant to FRBP 3010 or 3011, as applicable, I submit the following Report of Small Dividends and/or Unclaimed Funds for Deposit into Registry Fund and remit my check, in the total amount shown below or on Exhibit A attached hereto, for deposit into the United States Treasury pursuant to 28 U. S. C. § § 2014, *et seq.:*

Small Dividends

| Name and Address of Creditor | Claim No. | Claim Amount | Dividend |
|---|---|---|---|
| | | | |

Unclaimed Funds

| Name and Address of Creditor | Claim No. | Claim Amount | Dividend |
|---|---|---|---|
| CONSECO FINANCIAL<br>332 Minnesota Street, Ste. 520<br>St. Paul, Mn   55101 | #8 | $2,295.11 | $47.30 |

Dated this 19th day of August, 2004.

        DALE A. WEIN
        BANKRUPTCY TRUSTEE

        */s/ Dale A. Wein*
        Chapter 13 Bankruptcy Trustee
        505 South Washington Street
        Post Office Box 1329
        Aberdeen, South Dakota 57402-1329
        (605) 225-0100