Form ntcdsc

# United States Bankruptcy Court

District Of South Dakota

In re:  
**Emili Allison Glass**  
aka  Emili A. Ellwein–Glass  
fka  Emili A. Ellwein  
**Marcos Rafael Glass Jr.**

Case Number: 02–50055  
Chapter: 13

NOTICE OF ELIGIBILITY FOR DISCHARGE

TO: All creditors and other parties in interest.

PLEASE TAKE NOTICE that Chapter 13 Trustee Dale A. Wein believes Debtor(s) has(have) completed all required Plan payments and satisfied any obligation to pay over disposable income and is(are) therefore now eligible for a discharge pursuant to 11 U.S.C. § 1328.

PLEASE TAKE FURTHER NOTICE that if you do not believe Debtor(s) is(are) eligible for a discharge, then on or before April 27, 2006 , you or your attorney must file a written response with the Bankruptcy Clerk at the address shown below. You must also mail a copy of your response to Trustee Dale A. Wein at the address shown below and to all other parties in interest, whose names and addresses may be obtained by contacting the Bankruptcy Clerk at the address or telephone number shown below.

| | |
|---|---|
| Bankruptcy Clerk's Office | Dale A. Wein |
| 225 S Pierre St Rm 203 | Bankruptcy Trustee |
| Pierre, SD 57501 | PO Box 1329 |
| | Aberdeen, SD 57402–1329 |
| 605–224–6013 | (605) 225–0100 |

PLEASE TAKE FURTHER NOTICE that if you or your attorney timely file and serve a response, the Court will schedule a hearing, and you will receive notice of the date, time, and place of that hearing. If you or your attorney do not timely file and serve a response, the Court may grant Debtor(s) a discharge without further notice or hearing.

Dated: April 3, 2006