Form oclscs

# United States Bankruptcy Court

District Of South Dakota

**Case Number: 02−50055**
**Chapter: 13**

In re:

**Emili Allison Glass**
aka  Emili A. Ellwein−Glass
fka  Emili A. Ellwein
**Marcos Rafael Glass Jr.**

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

IT APPEARING Trustee Dale A. Wein has filed a final report and final account; and

IT FURTHER APPEARING the trustee has certified the estate has been fully administered; and

IF FURTHER APPEARING no timely objection has been filed by the United States Trustee or a party in interest;

IT IS HEREBY ORDERED that the trustee is discharged; and

IT IS FURTHER ORDERED that the case is closed.


Dated: 7/31/06                                    BY THE COURT


                                                  s/ Irvin N. Hoyt
                                                  United States Bankruptcy Judge